IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 14-350-TUC-JAS (JR) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Juan Valentino Coronado, | ) | |
| Defendant. | ) | |

Pending before the Court is a Report and Recommendation issued by Magistrate Judge Rateau. In the Report and Recommendation, Magistrate Judge Rateau recommends a finding that Coronado violated Special Condition #1 of his conditions of Supervised Release as charged in Allegations B and C of the Superseding Petition, and that Coronado did not violate Standard Condition #8. As the Court finds that the Report and Recommendation appropriately resolved the issues, the objections are denied.[1]

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Rateau's Report and Recommendation (Doc. 86) is accepted and adopted.

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

(2) The Court finds that Coronado violated Special Condition #1 of his conditions of Supervised Release as charged in Allegations B and C of the Superseding Petition, and that Coronado did not violate Standard Condition #8.

DATED this 15th day of August, 2017.

_____
James A. Soto
United States District Judge